UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-11653-GAO

FRITZ ELIENBERG, individually, and on behalf of all others similarly situated,
Plaintiff,

v.

COMCAST CORPORATION/COMCAST OF MASSACHUSETTS, INC. and TRIWIRE ENGINEERING SOLUTIONS, INC.,
Defendants.

PRELIMINARY APPROVAL ORDER
September 17, 2010

O'TOOLE, D.J.

The plaintiff has filed an assented-to Motion to Amend Notice to Class Members and Claim Forms (dkt. no. 24). The proposed amendments are necessary because the parties have revised slightly the terms of their Stipulation of Class Action Settlement, which had been preliminarily approved in its original form by this Court. After review and hearing, the revised Stipulation is also given preliminary approval, and accordingly, the present Motion to Amend is granted.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge